NUMBER 13-02-701-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


VICTOR RAY PEREZ , Appellant,



v.



THE STATE OF TEXAS, Appellee.

________________________________________________________________
On appeal from the County Court at Law 

of San Patricio County, Texas.

________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam


Appellant, VICTOR RAY PEREZ , perfected an appeal from a judgment entered by the County Court at Law of San
Patricio County, Texas, in cause number 57416 . On January 9, 2003 , this cause was abated, and the trial court was
directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on January 27, 2003 . The trial court found that the appellant does not wish to prosecute
his appeal.

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of the opinion
that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 6th day of February, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).